UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOSE SANTANA<br><br>Defendant. | Case No.: '23 MJ3251<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm and Ammunition |

The undersigned complainant being duly sworn states:

On or about July 22, 2023, within the Southern District of California, defendant JOSE SANTANA, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition that traveled in and affected interstate commerce, to wit: a Glock, model 26, 9-millimeter pistol bearing serial number FOX168 loaded with ten (10) 9-millimeter caliber rounds of ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

The complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

Amanda J. Renteria
AMANDA RENTERIA, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 6th day of September 2023.

KAREN S. CRAWFORD
United States Magistrate Judge

PROBABLE CAUSE STATEMENT

[USA v. SANTANA et al.]

BACKGROUND: January 2023 Traffic Stop/Firearm and Methamphetamine

1. On January 21, 2023, San Diego County Sheriff's Department ("SDSD") Officers assigned to a highway/intercoastal interdiction detail, were working saturation patrol in the area of Frontage Street in Chula Vista, California. SDSD Officers observed two male subjects in a yellow Chevrolet truck bearing California plate, 34252R3, with an inoperable brake light. Shortly thereafter, the officers activated the overhead lights on the marked patrol vehicle and initiated a traffic stop. The Chevrolet truck immediately increased speed and continued driving west bound on Stella Street. The Chevrolet truck made a sudden right-hand turn into a driveway of a residence located at 884 Stella Street. The officers conducted a high-risk vehicle stop and gave commands to both occupants.

2. The driver and passenger of the vehicle complied to the commands of the officers. Once the driver and passenger exited the vehicle, they were handcuffed and placed in the back of a SDSO patrol vehicles. The driver was identified as Jose Antonio SANTANA ("SANTANA"). The passenger of the vehicle was identified as Marcos Reyes. Record checks revealed Reyes had a full extradition warrant for violation of his federal probation.

3. During a search of the vehicle, officers located a black and gold Glock-style, semi-automatic pistol bearing no legitimate manufacturer's markings or serial number (also known as a "ghost gun"), in a black backpack located behind the driver's seat. The pistol was loaded with three (3) rounds of Remington .40 caliber Smith & Wesson ammunition. Additionally, officers located 1.8 kilograms of methamphetamine inside a green military style backpack.

4. Both SANTANA and Reyes were placed under arrest for firearms and narcotics related charges [23CR0366] and transported to the Lemon Grove station for further processing and investigation. During transportation, SANTANA made a spontaneous statement that everything in the Chevrolet truck belonged to him.

PROBABLE CAUSE - July 2023 Traffic Stop with a Loaded Firearm

5. On July 22, 2023, SDSD Officers in full police uniform and driving marked police vehicles, were conducting patrol in the area of E San Ysidro Boulevard in the City of San Diego. Shortly thereafter, officers observed two male subjects in a yellow Chevrolet truck bearing California plate, 34252R3, with an inoperable brake light. The officers activated their emergency lights to initiate a traffic stop, and the vehicle yielded near the interstate 805 northbound on ramp from E San Ysidro Boulevard.

6. Officers first contacted the driver, SANTANA and then passenger, Eduardo Vasquez. Through records queries, officers realized SANTANA had a no bail federal warrant for his arrest. The Officer recognized SANTANA from a previous contact, January 21, 2023, in which he recovered a firearm and narcotics from the same vehicle, a yellow Chevrolet truck bearing California plate, 34252R3.

7. Both SANTANA and Vasquez were removed from the vehicle for officer safety. When asked, SANTANA notified officers of a firearm located in between the driver's seat and the center console of the vehicle. Officers later recovered a Glock, model 26, 9-millimeter caliber pistol, bearing serial number FOX168, loaded with ten (10) rounds of 9-millimeter ammunition.

8. Record checks revealed Vasquez had a misdemeanor warrant out of Chula Vista. Both SANTANA and Vasquez were placed under arrest and transported to the Imperial Beach station for further processing and investigation.

9. Preliminary records checks revealed the following criminal history for SANTANA as listed below, though it is possible there may be additional history located after further queries are conducted:

| *CONVICTION DATE* | *COURT* | *CHARGE* | *PRISON TERM* |
|---|---|---|---|
| 05/24/2007 | CASC- Chula Vista | 487(A) PC-Grand Theft: | 2 years prison |
| 07/15/2008 | CASC- San Diego | 245(A)(1) Force/ADW not firearm: GBI likely | 3 years prison |

| | | | |
|---|---|---|---|
| 10/19/2010 | CASC- San Diego | 12021(A)(1) PC-Felon Possess Firearm | Probation, 180 Days Jail; + 2 years Prison |
| 04/06/2023 | CASC- Chula Vista | 10851(A)Take Veh w/out consent/Theft | 129 Days Jail |

10. The firearm bearing serial number FOX168 and the ten rounds of ammunition were seized and inspected. Preliminary checks revealed that the firearm and ammunition were not manufactured in California. Therefore, the firearm and ammunition traveled in and affected interstate commerce when it arrived in the State of California.